PS 8C
(05/08)

June 3, 2020

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Mecca Madeina Swinton  (English)          **Dkt No.:** 3:19-cr-00712-BAS-1

**Reg. No.:** 73775-298

**Name of Judicial Officer:** The Honorable Cynthia Bashant, U.S. District Judge (matter referred to the Honorable Jill L. Burkhardt, U.S. Magistrate Judge)

**Date Conditions Ordered:** February 5, 2019, before the Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Charged Offense:** Title 8; U.S.C. 1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation

**Conditions of Release:** *Mandatory Conditions* - must not violate federal, state, or local law during period of release.  *Standard Conditions* - must appear in court as ordered and surrender as directed to serve any sentence; must not possess or attempt to possess a firearm, destructive, device, or other dangerous weapon; must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; must not use or possess marijuana under any circumstances; must report to the U.S. Pretrial Services Office on the day of the initial court appearance or within 24 hours of release from custody, whichever is later; must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; must advise the Court or the Pretrial Services Office in writing of current residence address and phone number when first reporting to Pretrial Services and any new contact information before making any change of residence or phone number; travel is restricted to San Diego County; must not enter Mexico. *Additional Conditions* - must reside at a residence approved by the Pretrial Services Office, including any contract facility; must submit to drug/alcohol testing no more than six times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.

**Modification**: On May 8, 2019, your Honor modified the defendant's conditions of release and the defendant was permitted to travel to Mexico for one single day trip.

On August 9, 2019, your Honor modified the defendant's conditions of release and the defendant was permitted to travel to Mexico for one single day trip.

On September 6, 2019, your Honor modified the defendant's conditions of release and the defendant was permitted to travel to Mexico from September 6, 2019 to September 9, 2019.

**Date Released on Bond:** March 12, 2019

PS 8C
(05/08)

**Name of Defendant:** Mecca Madeina Swinton                                                            June 3, 2020
**Docket No.:** 3:19-cr-00712-BAS-1                                                                                   Page 2

**Next Court Hearing:** August 10, 2020, for a Sentencing Hearing before the Honorable Cynthia Bashant, U.S. District Judge

**Asst. U.S. Atty.:** Shital Thakkar                              **Defense Counsel:** Eric Studebaker Fish (Appointed)
                    (619) 546-8785                                                         (619) 234-8467

**Prior Violation History:** On September 10, 2019, the defendant submitted a urine sample which screened positive for amphetamines. On September 12, 2019, Ms. Swinton denied using any illegal substances and the urine sample was sent for confirmation. On September 24, 2019, the sample confirmed positive for methamphetamine.

On September 25, 2019, Ms. Swinton denied using methamphetamine, but admitted she may have taken a pill or used an illegal substance while intoxicated. She was admonished and agreed to particiapte in outpatient drug treatment. On September 27, 2019, your Honor agreed to hold action in abeyance.

On September 30, 2019, October 1, 2019, and October 7, 2019, the defendant submitted urine samples and all samples screened positive for amphetamine. On October 7, 2019, Ms. Swinton reported she was feeling overwhelmed regarding her underlying case. She further explained she began drinking heavily which resulted in her accepting medication from a friend. Ms. Swinton reported for the past month she had been taking Desoxyn, which is not prescribed to her. On that same date, the undersigned contacted the National Laboratory and confirmed Desoxyn would result in the detection of methamphetamine in a urine samples.

On October 8, 2019, your Honor agreed to issues a no bail bench warrant.

On October 10, 2019, Ms. Swinton appeared before your Honor for a Bond Revocation Hearing. The defendant admitted to the allegations of using a controlled substance prior to her urine collection on September 10, 2019, and using medication not prescribed to her on September 30, 2019, October 1, 2019, and October 7, 2019. The Court ordered Ms. Swinton to enter and complete an inpatient residential treatment program.

On October 15, 2019, Ms. Swinton entered Crash, a residential treatment program. She successfully completed the program on January 13, 2020.

**Name of Defendant:** Mecca Madeina Swinton                                          June 3, 2020
**Docket No.:** 3:19-cr-00712-BAS-1                                                              Page 3

## PETITIONING THE COURT

**TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATION:**

The Pretrial Services officer believes that the defendant has violated the following condition of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** Must not violate federal, state, or local law during period of release. | 1. On June 1, 2020, the defendant was arrested for driving while under the influence of an alcoholic beverage - PC 23152(A); misdemeanor. |

*Grounds for Revocation:*
On June 1, 2020, at approximately 11:45 a.m, the undersigned received a phone call from Officer Gregory with the San Diego Police Department (SDPD). She advised Ms. Swinton was under arrest for driving under the influence which resulted in a collision. Officer Gregory advised Ms. Swinton would not be booked into county jail and would be released and required to appear in court at a later date.

On June 2, 2020, the undersigned received a copy of the SDPD arrest report - report number 20028242.1. According to the police report, Officer Gregory and Officer Jackson-Bryant responded to a report of collision in the area of 49th Street and Federal Blvd. Upon arrival, Officer Gregory noted two vehicles that had significant damage. She further noted that the driver of a dark sedan, later identified as the defendant was transported to Scripps Mercy, and the driver of the second vehicle was transported to Alvarado Hospital for shoulder and neck pain.

The officers arrived at Scripps Mercy to conduct an interview with Ms. Swinton. Hospital staff noted the defendant had been drinking alcohol and was very loud and rude to staff. Ms. Swinton identified herself to officers and agreed to be interviewed. Officer Gregory noted the defendant had bloodshot eyes and smelled strongly of alcohol. Ms. Swinton informed officers that she was involved in the collision and had rear ended another vehicle. The defendant was asked if she consumed alcohol and Ms. Swinton advised she drank "Paul Mason," which is a type of brandy. She informed officers she began drinking between 8:00 and 9:00 a.m. and had consumed she drank about 1/4 of the bottle. Ms. Swinton advised she last consumed alcohol at 10:00 a.m., and believed it to be around 30 minutes prior to her involvement in the collision. The defendant advised she did not feel the effects of the alcohol.

Officer Gregory attempted to evaluate Ms. Swinton's eyes, but she refused to follow instructions. Officer Gregory then placed the defendant under arrest for driving under the influence of an alcoholic beverage.

PS 8C
(05/08)

**Name of Defendant:** Mecca Madeina Swinton                              June 3, 2020
**Docket No.:** 3:19-cr-00712-BAS-1                                                        Page 4

Ms. Swinton agreed to provide a blood sample. At approximately 12:31 p.m., a phlebotomist withdrew two vials of blood from Ms. Swinton. Officer Gregory impounded the blood samples. Officer Gregory also confiscated the defendant's driver's license and was given a form indicating her license was temporarily suspended.

Medical staff advised Officer Gregory that Ms. Swinton would need to undergo a CT scan. Officer Gregory subsequently released Ms. Swinton at the hospital to undergo further medical treatment. As of the writing of this report no information has been received Ms. Swinton's court date regarding the arrest.

**SUPERVISION ADJUSTMENT**
The defendant began pretrial supervision on March 12, 2019. During that time, she has admitted to using illegal substances, but to her credit she entered and successfully completed inpatient treatment in January 2020. Although Ms. Swinton successfully completed treatment and had been abiding by her conditions of release, there are concerns about her alcohol consumption and arrest for driving under the influence. Given this information, our office views her adjustment to supervision as poor.

Criminal computerized record checks conducted on June 2, 2020, reveal no information regarding the arrest or outstanding warrants.

**RECOMMENDATION/JUSTIFICATION**
In light of the aforementioned, Pretrial Services respectfully recommends your Honor order the defendant to appear on June 9th, 2020, at 9:00 a.m. to show cause as to why her bond should not be revoked. The defendant has violated her conditions of release and was arrested for driving under the influence of an alcoholic beverage.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: June 3, 2020

Respectfully submitted:                                    Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by  _/s/ Allie Zekan_                                           _/s/ Kim Hazard_
Allie Zekan                                                          Kim Hazard
U.S. Pretrial Services Officer                           Supervising U.S. Pretrial Services Officer
(619) 557-2990
Place: San Diego, California

PS 8C
(05/08)

**Name of Defendant:** Mecca Madeina Swinton　　　　　　　　　　　　　　　　June 3, 2020
**Docket No.:** 3:19-cr-00712-BAS-1　　　　　　　　　　　　　　　　　　　　　　　　Page 5

## THE COURT ORDERS:

__X__　　**AGREE**, cite the defendant to appear on June 9th, 2020, at 9:00 a.m., so she may show cause why her bond should not be revoked.

_____　　Other _____

_____

_____

_/s/ Jill Burkhardt_____　　　　　　　　　　　　　　　　　6/4/20_____
The Honorable Jill L. Burkhardt　　　　　　　　　　　　　　　　　　　　　Date
U.S. Magistrate Judge