PROB 12B  
(08/16)

September 1, 2020  
pacts id: 5900783

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Mecca Madeina Swinton (English)     **Dkt No.:** 19CR00712-001-BAS

**Name of Sentencing Judicial Officer:** The Honorable Cynthia Ann Bashant, U.S. District Judge

**Sentence:** Time served, followed by 3 years' supervised release *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Date of Sentence:** August 10, 2020

**Date Supervised Release Commenced:** August 10, 2020

**Prior Violation History:** None.

---

### PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

You are restricted to your residence at all times except for medical necessities, <u>one time per week for essential need purchases</u>, and court appearance or other activities specifically approved by the court.

PROB12B

| | |
|---|---|
| Name of Offender: Mecca Madeina Swinton | September 1, 2020 |
| Docket No.: 19CR00712-001-BAS | Page 2 |

## CAUSE

Per the Court's order, Ms. Swinton is to participate in home incarceration for 180 days. As specified in the condition, she is restricted to her residence at all times except for medical necessities and court appearances or other activities specifically approved by the Court.

On August 12, 2020, Ms. Swinton was enrolled in the Location Monitoring Program to begin her 180-day term of home incarceration. All the rules and expectations were explained to Ms. Swinton and she acknowledged understanding of the rules and expectations with her signature on enrollment documents.

On August 13, 2020, Ms. Swinton left her residence, without prior approval, from 4:38 p.m. to 4:47 p.m. On August 14, 2020, Ms. Swinton left her residence, without prior approval, from 10:07 a.m., to 10:16 a.m. She claims she was visiting a friend who resides in a mobile trailer on the same property.

On August 19, 2020, Ms. Swinton left her residence, without prior approval, from 1:52 p.m. to 2:02 p.m., and again from 8:04 p.m. to 8:14 p.m. She claims to have been in the yard, sitting under a tent.

On August 21, 2020, records indicate Ms. Swinton left her residence, without prior approval, from 8:14 p.m. to 8:27 p.m. Ms. Swinton claims she was inside her residence during this time.

Ms. Swinton's whereabouts during the above noted times are unknown. The violation conduct has been addressed through reprimand and she has been reminded of the rules of home incarceration and the importance of following those rules.

The ability to purchase basic living essentials will be difficult for Ms. Swinton, as each weekly trip to the grocery store, etc. would require a request from probation and authorization from the Court. Given this, probation is requesting that the home incarceration condition be modified as noted above, with the additional language, to facilitate a smoother term of supervision.

Respectfully submitted:
by _Teresa Gustafson_
U.S. Probation Officer
(619) 409-5150

Reviewed and approved:
_Larry Huerta_
Supervisory U.S. Probation Officer

jga

Attachments:

**THE COURT ORDERS:**

__X__  THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____  Other _____

_Cynthia Bashant_          9/11/2020
The Honorable Cynthia Ann Bashant          Date
U.S. District Judge